UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| IVAN WEBB | CIVIL ACTION NO: 12-02644 |
| VERSUS | JUDGE DONALD E. WALTER |
| TOWN OF ST. JOSEPH AND EDWARD BROWN | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the foregoing Memorandum Ruling, Defendants' Motion for Summary Judgment [Doc. #67] is hereby **GRANTED**. Plaintiff's Motion for Partial Summary Judgment [Doc. #66] is hereby **DENIED**. Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED**, in light of the Court's ruling on Defendants' Motion for Summary Judgment, Plaintiff's Appeal of Magistrate Judge Decision [Doc. #70] is hereby **MOOT**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 7 day of March, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE