UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

---

| | |
|---|---|
| MORGAN WEBB AND BRIANNA WEBB | CIVIL ACTION NO. 12-2644 |
| VERSUS | JUDGE DONALD E. WALTER |
| TOWN OF ST. JOSEPH AND EDWARD BROWN | MAGISTRATE JUDGE HAYES |

---

## JUDGMENT

On July 22, 2019, this Court received the mandate and opinion issued by the Fifth Circuit Court of Appeals in the above-captioned matter. See Record Document 96. On August 21, 2019, this Court issued an order allowing the parties until Wednesday, October 2, 2019, to file any dispositive motions regarding the remaining claims. See Record Document 98. On October 2, 2019, the Defendants filed a Motion to Dismiss pursuant to the aforementioned order. See Record Document 99. A notice of setting was issued by the Clerk of Court, allowing the Plaintiffs 21 days to file any opposition. See Record Document 100. No opposition was filed.

**IT IS ORDERED** that the Defendants' Motion to Dismiss is **GRANTED**. Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over the Plaintiffs' remaining state law claims. Accordingly, this matter is hereby **DISMISSED WITHOUT PREJUDICE**. The Plaintiffs may pursue their remaining state law claims in state court. See Shannon v. Vannoy, 2017-1722 (La. App. 1st Cir. 6/1/18), 251 So.3d 442, 452. Plaintiffs are reminded that they should file their claims in state court within 30 days. See 28 U.S.C. § 1367(d). The Clerk of Court is instructed to close this case.

**THUS DONE AND SIGNED**, this 28th day of October, 2019.

*/s/ Donald E. Walter*
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE